**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 15, 2011

Lyle W. Cayce
Clerk

No. 10-30224
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE LUIS BOSQUES-GUTIERREZ,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
No. 2:06-CR-20089-8

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Jose Bosques-Gutierrez has moved for

leave to withdraw and has filed a brief and supplemental brief in accordance

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

with *Anders v. California*, 386 U.S. 738 (1967).  Bosques-Gutierrez has not filed a response.

Counsel's briefs fail to comply with *United States v. Flores*, 632 F.3d 229, 232-33 (5th Cir. 2011), in which we admonished that an *Anders* brief should address every applicable item on this court's *Anders* checklist, with reference to the facts of the proceedings and citation to the record and relevant legal authority. The briefs fail to address all relevant issues and contain only a cursory examination of the district court's compliance with FED. R. CRIM. P. 11.

Although *Flores* teaches that such facially inadequate briefs should not be accepted, we grant the *Anders* motion in the interest of judicial economy, because it is apparent from the record that this appeal does not involve a nonfrivolous issue.  Counsel is directed that future *Anders* filings should comply with *Flores.*

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.